Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                          Case No.: 18−19859−CMG
                          Chapter: 13
                          Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kim Hubschman
   16 Starling Place
   Toms River, NJ 08755

Social Security No.:
   xxx−xx−5302

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on January 17, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 28 − 24
Order Granting Approval to Participate in the Court's Loss Mitigation Program (Related Doc # 24). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 1/17/2019. (bwj)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: January 17, 2019
JAN: bwj

                                                                               Jeanne Naughton
                                                                               Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Kim Hubschman  
     Debtor

Case No. 18-19859-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jan 17, 2019  
                      Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2019.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
lm          +E-mail/Text: bkteam@selenefinance.com Jan 18 2019 00:10:01       Selene Finance,  
          Bankruptcy /Loss Mitigation Dept.,    9990 Richmond Dr.,    Suite 400,    Houston, TX 77042-4546  
                                                                                                                                                TOTAL: 1

                    ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2019                                                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2019 at the address(es) listed below:  
           Albert   Russo    docs@russotrustee.com  
           Andrew M. Lubin    on behalf of Creditor    Selene Finance LLP as servicer for MTGLQ Investors, L.P. bkecf@milsteadlaw.com,   alubin@milsteadlaw.com  
           Andrew M. Lubin    on behalf of Creditor    MTGLQ Investors, L.P. bkecf@milsteadlaw.com,  alubin@milsteadlaw.com  
           George E Veitengruber, III    on behalf of Debtor Kim  Hubschman Gveitengruberesq@gmail.com,  knapolitano15@gmail.com  
           Kevin Gordon McDonald    on behalf of Creditor    MTGLQ Investors, LP kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                        TOTAL: 6