| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

## OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2018 to 12/31/2018
**Chapter 13 Case No. 18-19859 / CMG**

Kim Hubschman

Petition Filed Date: 05/15/2018
341 Hearing Date: 06/14/2018
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/04/2018 | $212.00 | 49669980 | 07/02/2018 | $212.00 | 50414800 | 08/06/2018 | $212.00 | 51236900 |
| 09/07/2018 | $212.00 | 52136750 | 10/05/2018 | $212.00 | 52927620 | 11/05/2018 | $212.00 | 53705790 |
| 12/11/2018 | $212.00 | 54608850 | | | | | | |

**Total Receipts for the Period: $1,484.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $1,696.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Kim Hubschman | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | George E Veitengruber III | Attorney Fees | $2,500.00 | $0.00 | $2,500.00 |
| | | No Disbursements: No Check | | | |
| 1 | INTERNAL REVENUE SERVICE | Priority Crediors | $0.00 | $0.00 | $0.00 |
| | »» 2017 | | | | |
| 2 | ASHLEY FUNDING SERVICES, LLC | Unsecured Creditors | $46.93 | $0.00 | $0.00 |
| | »» LABCORP | | | | |
| 3 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $125.51 | $0.00 | $0.00 |
| 4 | MTGLQ INVESTORS LP | Mortgage Arrears | $238,865.54 | $0.00 | $0.00 |
| | »» P/16 STARLING PLACE./1ST MTG | | | | |
| 5 | NJ DIVISION OF TAXATION | Secured Creditors | $529.38 | $0.00 | $0.00 |
| | »» TGI-EE 2006 | | | | |
| 6 | NJ DIVISION OF TAXATION | Priority Crediors | $0.00 | $0.00 | $0.00 |
| | »» TGI-EE 2017 EST | | | | |
| 7 | NJ DIVISION OF TAXATION | Unsecured Creditors | $137.00 | $0.00 | $0.00 |
| | »» TGI-EE 2006 RF | | | | |

**Chapter 13 Case No. 18-19859 / CMG**

---

**SUMMARY**

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,696.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $212.00 |
| Paid to Trustee: | $114.48 | Arrearages: | $0.00 |
| Funds on Hand: | $1,581.52 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

---