Form 210B (12/09, as revised 1/4/17)

# United States Bankruptcy Court

District Of New Jersey

In re  Kim Hubschman            ,        Case No.  18-19859

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

Claim No.   4   (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on             2/15/2019            .

MTGLQ Investors, L.P.
Name of Alleged Transferor

Address of Alleged Transferor:
c/o Selene Finance LP
9990 Richmond Avenue, Suite 400S
Houston, TX 77042

MTGLQ Investors, LP
Name of Transferee

Address of Transferee:
PO Box 55004
Irvine, CA 92619-2708

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 2/19/2019

Jeanne A. Naughton
**CLERK OF THE COURT**