| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
### Chapter 13 Case No. 18-19859 / CMG

Kim Hubschman

Petition Filed Date: 05/15/2018
341 Hearing Date: 06/14/2018
Confirmation Date: 03/20/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2019 | $212.00 | 55294730 | 02/05/2019 | $212.00 | 55991840 | 03/06/2019 | $212.00 | 56800220 |
| 04/05/2019 | $212.00 | 57635710 | 05/06/2019 | $212.00 | 58379090 | 06/05/2019 | $212.00 | 59189380 |
| 07/08/2019 | $212.00 | 59935860 | 08/05/2019 | $212.00 | 60735750 | 09/10/2019 | $212.00 | 61661170 |
| 09/11/2019 | $212.00 | 61661170 | 09/16/2019 | ($212.00) | 61661170 | 10/09/2019 | $212.00 | 62429630 |
| 11/05/2019 | $212.00 | 63098020 | 12/09/2019 | $212.00 | 63902010 | | | |

**Total Receipts for the Period: $2,544.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $4,452.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Kim Hubschman | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | George E Veitengruber III<br>»» ATTY DISCLOSURE | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2017 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 2 | ASHLEY FUNDING SERVICES, LLC<br>»» LABCORP | Unsecured Creditors | $46.93 | $0.00 | $46.93 |
| 3 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $125.51 | $0.00 | $125.51 |
| 4 | US BANK TRUST NATIONAL ASSOC.<br>»» P/16 STARLING PL/1ST MTG/MTGLQ | Mortgage Arrears<br>No Disbursements: Pending Loan Mod. | $238,865.54 | $0.00 | $238,865.54 |
| 5 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2006 | Secured Creditors | $529.38 | $529.38 | $0.00 |
| 6 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2017 EST | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 7 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2006 RF | Unsecured Creditors | $137.00 | $0.00 | $137.00 |

**Chapter 13 Case No. 18-19859 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,452.00 | Plan Balance: | $8,268.00 ** |
| Paid to Claims: | $3,029.38 | Current Monthly Payment: | $212.00 |
| Paid to Trustee: | $278.76 | Arrearages: | $0.00 |
| Funds on Hand: | $1,143.86 | Total Plan Base: | $12,720.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.