Form clsnodsc – ntcclsnodis

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                          Case No.: 18−19859−CMG
                          Chapter:  13
                          Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kim Hubschman
   16 Starling Place
   Toms River, NJ 08755

Social Security No.:
   xxx−xx−5302

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

     You are hereby notified that the above−named case will be closed without entry of discharge on or after May 24, 2021 for the reason(s) indicated below.

☑    Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐    Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☑    Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐    Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: April 22, 2021
JAN: mrg

                                                                                 Jeanne Naughton
                                                                                  Clerk